UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT, | ) | No. 15 B 1145 |
| OPERATING CO., INC., *et al.*, | ) | (Jointly administered) |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## FINAL DECREE

The estates of the debtors listed in the attached exhibit having been fully administered, and the court having granted the motion of the reorganized debtors for entry of a final decree in the cases of the debtors listed, IT IS HEREBY ORDERED:

The clerk of the court is directed to close the chapter 11 cases of the debtors listed in the attached exhibit.

Dated: December 19, 2018

_____
A. Benjamin Goldgar
United States Bankruptcy Judge

# Exhibit 1

## Closing Debtors

Case 15-01297   Doc 7   Filed 12/19/18   Entered 12/19/18 11:25:24   Desc Main
Document   Page 2 of 5

| Case Number | Entity Name |
|---|---|
| 15-01297 (ABG) | AJP Holdings, LLC |
| 15-01264 (ABG) | AJP Parent, LLC |
| 15-01147 (ABG) | B I Gaming Corporation |
| 15-01208 (ABG) | Biloxi Village Walk Development, LLC |
| 15-01180 (ABG) | BPP Providence Acquisition Company, LLC |
| 15-01267 (ABG) | Caesars Air, LLC |
| 15-01268 (ABG) | Caesars Baltimore Acquisition Company, LLC |
| 15-01183 (ABG) | Caesars Baltimore Development Company, LLC |
| 15-01165 (ABG) | Caesars Baltimore Management Company, LLC |
| 15-01158 (ABG) | Caesars Entertainment Canada Holding, Inc. |
| 15-01153 (ABG) | Caesars Entertainment Finance Corp. |
| 15-01154 (ABG) | Caesars Entertainment Golf, Inc. |
| 15-01157 (ABG) | Caesars Entertainment Retail, Inc. |
| 15-01190 (ABG) | Caesars Entertainment Windsor Limited |
| 15-01155 (ABG) | Caesars Escrow Corporation |
| 15-01194 (ABG) | Caesars India Sponsor Company, LLC |
| 15-01270 (ABG) | Caesars Massachusetts Acquisition Company, LLC |
| 15-01166 (ABG) | Caesars Massachusetts Development Company, LLC |
| 15-01168 (ABG) | Caesars Massachusetts Investment Company, LLC |
| 15-01170 (ABG) | Caesars Massachusetts Management Company, LLC |
| 15-01272 (ABG) | Caesars Operating Escrow LLC |
| 15-01169 (ABG) | Caesars Palace Sports Promotions, Inc. |
| 15-01171 (ABG) | Caesars Trex, Inc. |
| 15-01174 (ABG) | Caesars United Kingdom, Inc. |
| 15-01162 (ABG) | Casino Computer Programming, Inc. |
| 15-01274 (ABG) | Christian County Land Acquisition Company, LLC |
| 15-01163 (ABG) | Consolidated Supplies, Services and Systems |
| 15-01275 (ABG) | Corner Investment Company Newco, LLC |
| 15-01276 (ABG) | Cromwell Manager, LLC |
| 15-01278 (ABG) | CZL Development Company, LLC |
| 15-01279 (ABG) | CZL Management Company, LLC |
| 15-01281 (ABG) | DCH Exchange, LLC |
| 15-01282 (ABG) | DCH Lender, LLC |
| 15-01209 (ABG) | Durante Holdings, LLC |
| 15-01175 (ABG) | East Beach Development Corporation |
| 15-01178 (ABG) | FHR Corporation |
| 15-01212 (ABG) | FHR Parent, LLC |
| 15-01219 (ABG) | Flamingo-Laughlin, Inc. |
| 15-01181 (ABG) | GCA Acquisition Subsidiary, Inc. |
| 15-01184 (ABG) | GNOC, Corp. |
| 15-01186 (ABG) | Grand Casinos, Inc. |
| 15-01187 (ABG) | Grand Media Buying, Inc. |

| Case Number | Entity Name |
|---|---|
| 15-01213 (ABG) | Harrah's Arizona Corporation |
| 15-01220 (ABG) | Harrah's Bossier City Management Company, LLC |
| 15-01189 (ABG) | Harrah's Interactive Investment Company |
| 15-01192 (ABG) | Harrah's International Holding Company, Inc. |
| 15-01193 (ABG) | Harrah's Investments, Inc. |
| 15-01284 (ABG) | Harrah's Iowa Arena Management, LLC |
| 15-01286 (ABG) | Harrah's Maryland Heights Operating Company |
| 15-01288 (ABG) | Harrah's MH Project, LLC |
| 15-01269 (ABG) | Harrah's Operating Company Memphis, LLC |
| 15-01197 (ABG) | Harrah's Pittsburgh Management Company |
| 15-01198 (ABG) | Harrah's Reno Holding Company, Inc. |
| 15-01225 (ABG) | Harrah's Shreveport Investment Company, LLC |
| 15-01185 (ABG) | Harrah's Shreveport Management Company, LLC |
| 15-01262 (ABG) | Harrah's Shreveport-Bossier City Investment Company, LLC |
| 15-01201 (ABG) | Harrah's Southwest Michigan Casino Corporation |
| 15-01202 (ABG) | Harrah's Travel, Inc. |
| 15-01271 (ABG) | Harrah's West Warwick Gaming Company, LLC |
| 15-01205 (ABG) | Harveys C.C. Management Company, Inc. |
| 15-01273 (ABG) | H-BAY, LLC |
| 15-01207 (ABG) | HBR Realty Company, Inc. |
| 15-01210 (ABG) | HCR Services Company, Inc. |
| 15-01211 (ABG) | HEI Holding Company One, Inc. |
| 15-01214 (ABG) | HEI Holding Company Two, Inc. |
| 15-01277 (ABG) | HHLV Management Company, LLC |
| 15-01215 (ABG) | HIE Holdings Topco, Inc. |
| 15-01285 (ABG) | Hole in the Wall, LLC |
| 15-01217 (ABG) | HTM Holding, Inc. |
| 15-01289 (ABG) | Koval Holdings Company, LLC |
| 15-01235 (ABG) | Koval Investment Company, LLC |
| 15-01237 (ABG) | Las Vegas Golf Management, LLC |
| 15-01231 (ABG) | Las Vegas Resort Development, Inc. |
| 15-01239 (ABG) | Laundry Parent, LLC |
| 15-01234 (ABG) | LVH Corporation |
| 15-01241 (ABG) | LVH Parent, LLC |
| 15-01236 (ABG) | Martial Development Corp. |
| 15-01290 (ABG) | Nevada Marketing, LLC |
| 15-01244 (ABG) | New Gaming Capital Partnership |
| 15-01249 (ABG) | PH Employees Parent, LLC |
| 15-01253 (ABG) | Players Development, Inc. |
| 15-01255 (ABG) | Players Holding, LLC |
| 15-01292 (ABG) | Players International, LLC |
| 15-01307 (ABG) | Players LC, LLC |

| Case Number | Entity Name |
| --- | --- |
| 15-01257 (ABG) | Players Maryland Heights Nevada, LLC |
| 15-01243 (ABG) | Players Resources, Inc. |
| 15-01309 (ABG) | Players Riverboat II, LLC |
| 15-01226 (ABG) | Players Riverboat Management, LLC |
| 15-01228 (ABG) | Players Riverboat, LLC |
| 15-01229 (ABG) | Players Services, Inc. |
| 15-01293 (ABG) | Reno Crossroads LLC |
| 15-01245 (ABG) | Reno Projects, Inc. |
| 15-01247 (ABG) | Rio Development Company, Inc. |
| 15-01254 (ABG) | Roman Holding Corporation of Indiana |
| 15-01295 (ABG) | Showboat Atlantic City Mezz 1, LLC |
| 15-01296 (ABG) | Showboat Atlantic City Mezz 2, LLC |
| 15-01298 (ABG) | Showboat Atlantic City Mezz 3, LLC |
| 15-01300 (ABG) | Showboat Atlantic City Mezz 4, LLC |
| 15-01302 (ABG) | Showboat Atlantic City Mezz 5, LLC |
| 15-01303 (ABG) | Showboat Atlantic City Mezz 6, LLC |
| 15-01305 (ABG) | Showboat Atlantic City Mezz 7, LLC |
| 15-01306 (ABG) | Showboat Atlantic City Mezz 8, LLC |
| 15-01308 (ABG) | Showboat Atlantic City Mezz 9, LLC |
| 15-01310 (ABG) | Tahoe Garage Propco, LLC |
| 15-01299 (ABG) | TRB Flamingo, LLC |
| 15-01259 (ABG) | Trigger Real Estate Corporation |
| 15-01304 (ABG) | Village Walk Construction, LLC |
| 15-01311 (ABG) | Winnick Holdings, LLC |
| 15-01301 (ABG) | Winnick Parent, LLC |